UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| IN RE:  YASMIN AND YAZ (DROSPIRENONE) MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | 3:09-md-02100-DRH<br><br>MDL No. 2100 |

This Document Relates To:

| | |
|---|---|
| *Laura Barkley, et al. v. Bayer HealthCare Pharmaceuticals Inc. et al.* | No. 10-cv-12951-DRH |

### JUDGMENT IN A CIVIL CASE

**DECISION BY COURT.**   These matters are before the Court for the purpose of docket control.

**IT IS HEREBY ORDERED AND ADJUDGED** that pursuant to the Order of Dismissal filed on December 21, 2011 (Doc. 12) and Stipulation of Dismissal filed on May 23, 2014 (Doc. 14), the above captioned case is DISMISSED with prejudice. Each party shall bear their own costs.

JUSTINE FLANAGAN,
ACTING CLERK OF COURT

BY:   /s/*Caitlin Fischer*
Deputy Clerk

**Dated:**  May 28, 2014

Digitally signed by David R. Herndon
Date: 2014.05.28 10:28:44 -05'00'

**APPROVED:**
CHIEF JUDGE
U. S. DISTRICT COURT